UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICJA NIVER, | : | |
| Petitioner, | : | CIVIL NO. 3:02CV1786(JCH) |
| v. | : | |
| IMMIGRATION AND NATURALIZATION SERVICE, BOARD OF IMMIGRATION, | : | |
| | : | |
| Respondents. | | October 31, 2003 |

RESPONDENT'S MOTION FOR EXTENSION OF TIME

Respondent, the Immigration and Naturalization Service ("INS"), through undersigned counsel, hereby respectfully moves for an extension of time of two weeks from the current due date of November 5, 2003, up to and including November 19, 2003, within which to respond to the amended petition for habeas corpus filed herein.

As grounds for this extension motion, respondent cites the press of business and the complex issues raised by the petitioner in her amended petition. This is the second request for extension of time in this matter, but the first request as to the amended petition. Counsel for respondent has consulted with appointed counsel for petitioner, Attorney David Wenc, who has no objection to this extension request.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

  /s/
LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY
450 MAIN STREET, ROOM 328
HARTFORD, CT  06103
(860) 947-1101
FEDERAL BAR NO. ct23164

## CERTIFICATION OF SERVICE

      I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, this 31st day of October 2003, to:

David J. Wenc, Esq.  
Waterside Office Park  
44 Main Street  
P.O. Box 306  
Windsor Locks, CT 06096

                                      /s/  
                               LISA E. PERKINS  
                               ASSISTANT UNITED STATES ATTORNEY