UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICJA NIVER, | : | |
| Petitioner, | : | CIVIL NO.  3:02CV1786(JCH) |
| v. | : | |
| IMMIGRATION AND NATURALIZATION | : | |
| SERVICE, | | |
| Respondent. | : | November 21, 2003 |

RESPONDENT'S MOTION FOR
TWO-DAY EXTENSION OF TIME *NUNC PRO TUNC*

Respondent, the Immigration and Naturalization Service ("INS"), through undersigned counsel, hereby respectfully moves for a two day extension of time, *nunc pro tunc*, within which to respond to the amended petition for habeas corpus filed herein.

As grounds for this extension motion, respondent states that undersigned counsel has been diligently working on a response to the amended petition in this case and had hoped to file it by November 19, 2003.  However, additional time was necessary to address the complex and numerous legal issues raised by the petitioner in her amended petition.

This is the third request for extension of time in this matter, but the second as to the amended petition. Counsel for respondent has consulted with appointed counsel for petitioner, Attorney David Wenc, who has no objection to this extension request.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

BY: MARK G. CALIFANO
ASSISTANT UNITED STATES ATTORNEY

FOR: LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY
450 MAIN STREET, ROOM 328
HARTFORD, CT 06103
(860) 947-1101
FEDERAL BAR NO. ct23164

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing has been sent, postage prepaid, by first class mail, this 21st day of November 2003, to:

David J. Wenc, Esq.
Waterside Office Park
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096

BY: MARK G. CALIFANO
ASSISTANT UNITED STATES ATTORNEY
FOR: LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY

2