UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

ALICJA NIVER,

        Petitioner,

v.

IMMIGRATION AND NATURALIZATION
SERVICE,

        Respondent.

Civil No. 3:02CV1786-(JCH)

2003 DEC -2 P 12: 10

US D[...]

December 1, 2003

## MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO AMENDED PETITION FOR WRIT OF HABEAS CORPUS

NOW comes the petitioner, ALICJA NIVER, by and through her attorney, David J. Wenc, and hereby moves this Honorable Court to extend the time within which to file a reply to the Government's Response to her Amended Petition for Writ of Habeas Corpus, for approximately three weeks or until December 19, 2003, for the following reason(s):

1. The Government's response was filed with this Court with a copy mailed to petitioner's counsel on November 21, 2003;

2. The Government's response is lengthy and petitioner's attorney needs more time to conduct legal research and reply; and

3. On December 1, 2003, petitioner's attorney telephoned the U.S. Attorney's Office. Petitioner's counsel was informed that Assistant U.S. Attorney Lisa E. Perkins is on vacation. Therefore, petitioner's counsel does not know the government's

position with regard to this motion.

WHEREFORE, the petitioner prays that this motion for extension of time be granted for approximately three weeks or until December 19, 2003.

Respectfully Submitted,

PETITIONER, ALICJA NIVER,

BY: _____
David J. Wenc, Her Attorney
Wenc Law Offices
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096
Tel. (860) 623-1195
FED BAR # CT00089

**CERTIFICATION**

I hereby certify that on December 1, 2003 I served a copy of the foregoing Motion by U.S. mail, first-class postage prepaid, to:

Chambers of the Honorable Janet C. Hall
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

Assistant United States Attorney Lisa E. Perkins
Office of the United States Attorney
450 Main Street
Hartford, CT  06103

_____
David J. Wenc, Esquire