

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALICJA NIVER, | : |
| Petitioner, | : CIVIL NO. 3:02CV1786(JCH) |
| v. | : |
| IMMIGRATION AND NATURALIZATION SERVICE, | : |
| Respondent. | : November 21, 2003 |

RESPONDENT'S MOTION FOR
TWO-DAY EXTENSION OF TIME *NUNC PRO TUNC*

Respondent, the Immigration and Naturalization Service ("INS"), through undersigned counsel, hereby respectfully moves for a two day extension of time, *nunc pro tunc*, within which to respond to the amended petition for habeas corpus filed herein.

As grounds for this extension motion, respondent states that undersigned counsel has been diligently working on a response to the amended petition in this case and had hoped to file it by November 19, 2003. However, additional time was necessary to address the complex and numerous legal issues raised by the petitioner in her amended petition.

MOTION GRANTED.
SO ORDERED
Janet C. Hall, U.S.D.J.
12/8/03