#29

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

ALICJA NIVER,

        Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE,

        Respondent.

Civil No. 3:02cv1786-(JCH)

December 1, 2003

**MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

NOW comes the petitioner, ALICJA NIVER, by and through her attorney, David J. Wenc, and hereby moves this Honorable Court to extend the time within which to file a reply to the Government's Response to her Amended Petition for Writ of Habeas Corpus, for approximately three weeks or until December 19, 2003, for the following reason(s):

1. The Government's response was filed with this Court with a copy mailed to petitioner's counsel on November 21, 2003;

2. The Government's response is lengthy and petitioner's attorney needs more time to conduct legal research and reply; and

3. On December 1, 2003, petitioner's attorney telephoned the U.S. Attorney's Office. Petitioner's counsel was informed that Assistant U.S. Attorney Lisa E. Perkins is on vacation. Therefore, petitioner's counsel does not know the government's

Page 1 of 2

MOTION GRANTED. SO ORDERED. [signature] Janet C. Hall, U.S.D.J. 12/8/03