UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

ALICJA NIVER,                                Civil No. 3:02CV1786(JCH)    2003 DEC 18  P 12: 21

       Petitioner,                                                       US DISTRICT
v.                                                                              BRIDGEPORT

IMMIGRATION AND NATURALIZATION
SERVICE,

       Respondent.                                December 17, 2003

### SECOND MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO AMENDED PETITION FOR WRIT OF HABEAS CORPUS

NOW comes the petitioner, ALICJA NIVER, by and through her attorney, David J. Wenc, and hereby moves this Honorable Court for a second time to extend the time within which to file a reply to the Government's Response to her Amended Petition for Writ of Habeas Corpus, for approximately two weeks or until December 31, 2003, for the following reason(s):

1. Petitioner's counsel's completion of the reply was interrupted by his preparation for two federal sentencings.

2. In addition, the Government's response is lengthy and complex. The petitioner's attorney needs more time to conduct legal research and to file an adequate reply; and

3. On December 16, 2003, petitioner's attorney telephoned the U.S. Attorney's Office. Assistant U.S. Attorney Lisa E. Perkins informed petitioner's counsel that she has no objection to this motion.

Page 1 of 2

WHEREFORE, the petitioner prays that this motion for extension of time be granted for approximately two weeks or until December 31, 2003.

        Respectfully Submitted,

        PETITIONER, ALICJA NIVER,

BY: _____
    David J. Wenc, Her Attorney
    Wenc Law Offices
    44 Main Street
    P.O. Box 306
    Windsor Locks, CT 06096
    Tel. (860) 623-1195
    FED BAR # CT00089

**CERTIFICATION**

I hereby certify that on December 17, 2003 I served a copy of the foregoing Motion by U.S. mail, first-class postage prepaid, to:

Chambers of the Honorable Janet C. Hall
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

Assistant United States Attorney Lisa E. Perkins
Office of the United States Attorney
450 Main Street
Hartford, CT 06103

        _____
        David J. Wenc, Esquire