#32

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

02CV1786MEXTTIME
FILED
2003 DEC 18  P 12: 21
US DISTRICT...
BRIDG...

ALICJA NIVER,

      Petitioner,

v.

IMMIGRATION AND NATURALIZATION
SERVICE,

      Respondent.

Civil No. 3:02CV1786(JCH)

December 17, 2003

### SECOND MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO AMENDED PETITION FOR WRIT OF HABEAS CORPUS

NOW comes the petitioner, ALICJA NIVER, by and through her attorney, David J. Wenc, and hereby moves this Honorable Court for a second time to extend the time within which to file a reply to the Government's Response to her Amended Petition for Writ of Habeas Corpus, for approximately two weeks or until December 31, 2003, for the following reason(s):

1. Petitioner's counsel's completion of the reply was interrupted by his preparation for two federal sentencings.

2. In addition, the Government's response is lengthy and complex. The petitioner's attorney needs more time to conduct legal research and to file an adequate reply; and

3. On December 16, 2003, petitioner's attorney telephoned the U.S. Attorney's Office. Assistant U.S. Attorney Lisa E. Perkins informed petitioner's counsel that she has no objection to this motion.

Page 1 of 2

MOTION GRANTED.
SO ORDERED. /s/ Janet C. Hall, U.S.D.J. 12/22/03