UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ALICJA NIVER,                         Civil No. 3:02CV1786 (JCH)

        Petitioner,

v.

IMMIGRATION AND NATURALIZATION
SERVICE,

        Respondent.                    March 3, 2004

### JOINT MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL MEMORANDA

NOW comes the petitioner, ALICJA NIVER, by and through her attorney, David J. Wenc, and the respondent, DHS aka INS, by and through its attorney, Lisa Perkins, and hereby move this Honorable Court to extend the time within which to supplemental memoranda for one week or until March 12, 2004, for the following reason(s):

1. Petitioner's counsel's attention was diverted to other matters between February 24th and March 3rd. He was unable to produce the information requested by the government regarding Niver's underlying state habeas case by March 3rd.

2. On March 3, 2004, petitioner's attorney spoke with Assistant U.S. Attorney Lisa E. Perkins, who needed copies of the state habeas documents before her client could make a decision regarding an interim resolution of the instant case. AUSA Perkins told petitioner's counsel that she joined in

Page 1 of 3

counsel's request for an additional week to file a supplemental memo.

WHEREFORE, the petitioner prays that this motion for extension of time be granted for one week or until March 12, 2004.

                          Respectfully Submitted,

                          PETITIONER, ALICJA NIVER,

BY: _____
     David J. Wenc, Her Attorney
     Wenc Law Offices
     44 Main Street
     P.O. Box 306
     Windsor Locks, CT 06096
     Tel. (860) 623-1195
     FED BAR # CT00089

## CERTIFICATION

    I hereby certify that on March 3, 2004 I served a copy of the foregoing Motion by U.S. mail, first-class postage prepaid, to:

Chambers of the Honorable Janet C. Hall
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

Assistant United States Attorney Lisa E. Perkins
Office of the United States Attorney
450 Main Street
Hartford, CT 06103

_____
David J. Wenc, Esquire