

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ALICJA NIVER,                                Civil No. 3:02CV1786 (JCH)

        Petitioner,

v.

IMMIGRATION AND NATURALIZATION
SERVICE,

        Respondent.                        March 3, 2004

### JOINT MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL MEMORANDA

NOW comes the petitioner, ALICJA NIVER, by and through her attorney, David J. Wenc, and the respondent, DHS aka INS, by and through its attorney, Lisa Perkins, and hereby move this Honorable Court to extend the time within which to supplemental memoranda for one week or until March 12, 2004, for the following reason(s):

1. Petitioner's counsel's attention was diverted to other matters between February 24th and March 3rd. He was unable to produce the information requested by the government regarding Niver's underlying state habeas case by March 3rd.

2. On March 3, 2004, petitioner's attorney spoke with Assistant U.S. Attorney Lisa E. Perkins, who needed copies of the state habeas documents before her client could make a decision regarding an interim resolution of the instant case. AUSA Perkins told petitioner's counsel that she joined in