HONORABLE **HALL**
DEPUTY CLERK **BOROSKEY**   RPTR/ERO/TAPE **FIDANZA**
TOTAL TIME: ___ hours **45** minutes

DATE **2-24-04**   START TIME **10:10**   END TIME **10:55**
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

**NIVER**

vs.

**INS**

CIVIL NO. **3:02 CV1786 JCH**

§
§
§
§
§

**DAVID WENC**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**LISA PERKINS**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

☑ #1  Motion **PETITION FOR H.C.**   ☐ granted  ☐ denied  ☑ advisement

**TO 3/5 TO FILE BRIEF**

Hearing continued until ___ at ___