UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICJA NIVER, | : | |
| Petitioner, | : | CIVIL NO. 3:02CV1786(JCH) |
| v. | : | |
| IMMIGRATION AND NATURALIZATION SERVICE, | : | |
| | : | |
| Respondent. | | March 12, 2004 |

RESPONDENT'S MOTION FOR
EXTENSION OF TIME TO FILE SUPPLEMENTAL RESPONSE

Respondent, the Immigration and Naturalization Service ("INS"), through undersigned counsel, hereby respectfully moves for a ten day extension of time, up to and through March 22, 2004, within which to file the supplemental response ordered by the Court at the hearing in this case on February 24, 2004.

As grounds for this motion, respondent states the following:

1. At the conclusion of oral argument on February 24, 2004, on the habeas petition pending herein, the Court requested that counsel for the petitioner and the Government submit by March 5, 2004, supplemental briefing on several legal issues in this case, including (1) the Court's jurisdiction to decide petitioner's nationality claim, (2) the Court's authority to grant a stay pending petitioner's collateral attack of her state conviction underlying the removal order in this case, and (3) the viability of petitioner's ineffective assistance of counsel claim alleged in her state habeas petition. In regard to the last two items, counsel for the Government needed additional information from petitioner, including a copy of her state habeas petition and evidence

submitted in support of the claims made therein. In addition, counsel for the Government expressed a willingness to determine whether the respondent herein, now the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, would be willing to grant an administrative stay of petitioner's removal pending her collateral attack of her state conviction.

2. The parties thereafter moved for a one-week extension of time, to March 12, 2004, to file the supplemental briefs, to allow petitioner's counsel more time to gather the necessary information, transmit it to Government counsel, and for briefing.

3. On March 8, 2004, undersigned counsel for respondent received information from counsel for petitioner regarding the pending state habeas petition.

4. Undersigned counsel has been diligently working on a supplemental response addressing the issues, as requested by the Court, and had hoped to file it by today. However, additional time is necessary to carefully review the evidence submitted by petitioner in support of her state habeas petition and to thoroughly address the issues raised by the Court. Further, Government counsel needs the additional time to determine the respondent's position on an administrative stay in this case.

5. Counsel for respondent has consulted with appointed counsel for petitioner, Attorney David Wenc, who has no objection to this extension request.

Based on the foregoing, the respondent respectfully requests a ten day extension of time, up to and through March 22, 2004, within which to file its supplemental response in this case.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY
450 MAIN STREET, ROOM 328
HARTFORD, CT  06103
(860) 947-1101
FEDERAL BAR NO. ct23164

**CERTIFICATION OF SERVICE**

     I hereby certify that a copy of the within and foregoing has been sent, postage prepaid, by first class mail, this 12th day of March 2004, to:

David J. Wenc, Esq.
Waterside Office Park
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096

*Attorney for Petitioner*

                                       LISA E. PERKINS
                                       ASSISTANT UNITED STATES ATTORNEY