UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ALICJA NIVER, :

        Petitioner, : CIVIL NO. 3:02CV1786(JCH)

v. :

IMMIGRATION AND NATURALIZATION :
SERVICE,

        Respondent. :   March 12, 2004

FILED 2004 MAR 12 P 3:33
U.S. DISTRICT COURT
BRIDGEPORT, CONN

RESPONDENT'S MOTION FOR
EXTENSION OF TIME TO FILE SUPPLEMENTAL RESPONSE

Respondent, the Immigration and Naturalization Service ("INS"), through undersigned counsel, hereby respectfully moves for a ten day extension of time, up to and through March 22, 2004, within which to file the supplemental response ordered by the Court at the hearing in this case on February 24, 2004.

As grounds for this motion, respondent states the following:

1. At the conclusion of oral argument on February 24, 2004, on the habeas petition pending herein, the Court requested that counsel for the petitioner and the Government submit by March 5, 2004, supplemental briefing on several legal issues in this case, including (1) the Court's jurisdiction to decide petitioner's nationality claim, (2) the Court's authority to grant a stay pending petitioner's collateral attack of her state conviction underlying the removal order in this case, and (3) the viability of petitioner's ineffective assistance of counsel claim alleged in her state habeas petition. In regard to the last two items, counsel for the Government needed additional information from petitioner, including a copy of her state habeas petition and evidence

GRANTED: Absent Objection
SO ORDERED.
Janet C. Hall, U.S.D.J. 3/18/04

FILED 2004 MAR 18 P 12:13
U.S. DISTRICT COURT
BRIDGEPORT, CONN