# United States District Court

EX TO HRC

DISTRICT OF **CONNECTICUT**

**EXHIBIT AND WITNESS LIST**

NIVER
v.
INS

CASE NUMBER: **3:02CV1786JCH**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JCH | | |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 2-24-02 | FIDANRA | BOROSKEY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 2-24-02 | 1 | 1 | PETITION FOR NATURALIZATION |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    Pages