UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ALICJA NIVER

V                                                                 3:02CV1786 JCH

IMMIGRATION AND NATURALIZATION
SERVICE

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of plaintiff's amended petition for writ of habeas corpus.

The Court issued a Ruling on Amended Petition For Writ Of Habeas Corpus on May 12, 2004, denying the petition.

Therefore, it is ORDERED and ADJUDGED that the petition is denied and the case is closed.

Dated at Bridgeport, Connecticut, this 19th day of May, 2004.

KEVIN F. ROWE, Clerk

/s/Catherine Boroskey
Deputy Clerk

Entered on Docket _____