FORM 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.   CIVIL CASE NO: 02CV-1786(JCH)

ALICJA NIVER

FILED 2004 JUN 18 A 11:32 U.S. DISTRICT COURT BRIDGEPORT, CONN

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __ALICJA NIVER__ hereby gives notice and
   (appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order (attach the Judgment or Order):

_5/12/04 Ruling and Order dismissing Niver's Sec. 2241 claim._

2. The Judgment /Order in this action was entered on __5/24/2004__.
   (date)

_[Signature]_
Signature

David J. Wenc
Print Name

44 Main Street, P.O. Box 306
Windsor Locks, CT  06096-0306
Address

(860) 623-1195
Telephone Number

Date: 6/17/2004

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).