United States District Court
District of Connecticut
FILED AT BRIDGEPORT

7/14/04    20

Kevin F. Rowe, Clerk

By: Judy Fazekas
    Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ALICJA NIVER                                USDC NO. 3:02CV1786 (JCH)

V.                                          USCA NO.

IMMIGRATION AND NATURALIZATION
SERVICE                                     JULY 8, 2004

### INDEX TO THE RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 10/09/2002 | 1 | PETITION | 1 |
| 10/09/2002 | 2 | MOTION | 2 |
| 10/10/2002 | 3 | ORDER | 3 |
| 10/18/2002 | 4 | CJA 20 | 4 |
| 10/21/2002 | 5 | APPEARANCE | 5 |
| 11/13/2002 | 6 | MOTION | 6 |
| 12/03/2002 | 7 | MARSHAL'S RETURN | 7 |
| 12/03/2002 | 8 | MARSHAL'S RETURN | 8 |
| 12/10/2002 | 9 | RESPONSE | 9 |
| 12/17/2002 | 10 | MOTION | 10 |
| 01/08/2003 | 11 | MARSHAL'S RETURN | 11 |
| 01/08/2003 | 12 | MARSHAL'S RETURN | 12 |
| 01/17/2003 | 13 | MOTION | 13 |
| 01/24/2003 | 14 | RESPONSE | 14 |
| 02/13/2003 | 15 | NOTICE | 15 |

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 02/28/2003 | 16 | MOTION | 16 |
| 02/28/2003 | 17 | MEMORANDUM | 17 |
| 03/03/2003 | 18 | MOTION | 18 |
| 03/05/2003 | 19 | ORDER | 19 |
| 03/06/2003 | 20 | MARSHAL'S RETURN | 20 |
| 09/24/2003 | 21 | ORDER | 21 |
| 09/26/2003 | 22 | MOTION | 22 |
| 10/02/2003 | 23 | MOTION | 23 |
| 10/08/2003 | 24 | AMENDED PETITION | 24 |
| 10/31/2003 | 25 | MOTION | 25 |
| 11/04/2003 | 26 | ORDER | 26 |
| 11/21/2003 | 27 | MOTION | 27 |
| 11/21/2003 | 28 | RESPONSE | 28 |
| 12/02/2003 | 29 | MOTION | 29 |
| 12/10/2003 | 30 | ENDORSEMENT ORDER | 30 |
| 12/10/2003 | 31 | ENDORSEMENT ORDER | 31 |
| 12/18/2003 | 32 | MOTION | 32 |
| 12/31/2003 | 33 | REPLY | 33 |
| 01/05/2004 | 34 | ENDORSEMENT ORDER | 34 |
| 02/24/2004 | 37 | MINUTE ENTRY | 35 |
| 03/04/2004 | 35 | MOTION | 36 |
| 03/05/2004 | 36 | ENDORSEMENT ORDER | 37 |

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 03/12/2004 | 38 | MOTION | 38 |
| 03/12/2004 | 39 | SUPPLEMENTAL MEMORANDUM | 39 |
| 03/18/2004 | 40 | ENDORSEMENT ORDER | 40 |
| 03/19/2004 | 41 | SUPPLEMENTAL RESPONSE | 41 |
| 04/06/2004 | 42 | MARKED EXHIBIT LIST | 42 |
| 05/12/2004 | 43 | RULING | 43 |
| 05/19/2004 | 44 | JUDGMENT | 44 |
| 06/18/2004 | 45 | MOTION | 45 |
| 06/18/2004 | 46 | NOTICE OF APPEAL | 46 |

**CERTIFICATION**

I hereby certify that on July 12, 2004 I served a copy of the foregoing *Index to Record on Appeal* by U.S. mail, first-class postage prepaid, to:

Assistant U.S. Attorney Lisa E. Perkins
U.S. Attorney's Office
450 Main Street
Hartford, CT  06103

David J. Wenc, Esquire