UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ALICJA NIVER,                               Civil No. 3:02CV1786 (JCH)

      Petitioner,

v.

IMMIGRATION AND NATURALIZATION
SERVICE,

      Respondent.                           June 17, 2004

## MOTION FOR CERTIFICATE OF APPEALABILITY

NOW comes the petitioner, ALICJA NIVER, by and through her attorney, David J. Wenc, and moves this Honorable Court to issue a certificate of appealability of this court's Ruling[1] regarding her claim for habeas corpus relief.

### JURISDICTION

This court ruled that it lacked jurisdiction to determine Niver's "nationality" claim on the merits without reference to 8 U.S.C. 1252 (b)(5). However, two district courts have made this determination without reference to Sec. 1252 (b)(5). See, Lee v. Ashcroft, 216 F.Supp.2d 51, 56-59 (E.D.N.Y. 2002) and Shittu v. Elwood, 204 F.Supp.2d 876, 878-81 (E.D. Pa. 2002). The district court failed to address these cases in its Ruling.

Notwithstanding Lee and Shittu, this court could have transferred Niver's "nationality" claim to the court of appeals

---

[1] See attached copy of the district court's ruling and judgment.