**MANDATE**

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

| | |
|---|---|
| Date: | 9/8/04 |
| Docket Number: | 04-3599-pr |
| Short Title: | Niver v. INS |
| DC Docket Number: | 02-cv-1786 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Janet Hall |



DC Initials CTDC/ nhct

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 8th day of September two thousand four.

Alicja Niver,

    Petitioner-Appellant,

    v.

INS,

    Respondent-Appellee.

    The Civil Appeal Management Plan of this Court Directs that within ten (10) days after filing a Notice of Appeal, the Appellant shall, <u>inter</u> alia,

either pay the docketing fee or move for leave to proceed <u>in forma pauperis</u>,

and that in the event of default of this requirement, the Clerk may dismiss the appeal without fu notice.

    The Appellant herein not having so proceeded, upon consideration thereof,
        it is ordered that the appeal from the order of May 24, 2004 United States
        District Court for the District of connecticut at New Haven be and it hereby is
        dismissed.

For the Court,
Roseann B. MacKechnie, Clerk

By: Yolanda Siders
Deputy Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK