UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ALICJA NIVER,                                    Civil No. 3:02CV1786 (JCH)

        Petitioner,

v.

IMMIGRATION AND NATURALIZATION
SERVICE,

        Respondent.                          May 6, 2005

### MOTION FOR PAYMENT OF STATE MARSHAL SERVICE FEE, NUNC PRO TUNC TO SEPTEMBER 26, 2003

NOW comes David J. Wenc, attorney for petitioner, ALICJA NIVER, and hereby moves this Honorable Court to enter an order, pursuant the Criminal Justice Act, for payment of the service fee of the State of Connecticut Marshal, nunc pro tunc to September 26, 2003, for the following reason(s):

1. Petitioner's counsel incurred and paid the $68.32 service fee to State Marshal Plamondon for serving petitioner's habeas complaint upon the Commissioner of Correction. A copy of the service State Marshal's invoice is attached hereto.

2. Petitioner is financially unable to pay the fees incurred for service of process.

3. The undersigned attorney was appointed pursuant to the Criminal Justice Act to represent the petitioner due to her indigency.

WHEREFORE, petitioner's counsel prays that this motion be granted.

RESPECTFULLY SUBMITTED,

BY: _____
David J. Wenc, Attorney
  for Petitioner, Alicja Niver,
Wenc Law Offices
44 Main Street, P.O. Box 306
Windsor Locks, CT 06096
Tel. (860) 623-1195
FED BAR # CT00089

**CERTIFICATION**

I hereby certify that on May 6, 2005 I served a copy of the foregoing Motion by U.S. mail, first-class postage prepaid, to:

Chambers of the Honorable Janet C. Hall
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

Assistant United States Attorney Lisa E. Perkins
Office of the United States Attorney
450 Main Street
Hartford, CT  06103

_____
David J. Wenc, Esquire