STATE OF CONNECTICUT)
                      : ss.  Wethersfield    September 26, 2003
COUNTY OF HARTFORD  )

    Then and by virtue hereof and by direction of the Plaintiff's attorney, I left a true and attested copy of the within original WRIT, SUMMONS, COMPLAINT and STATEMENT OF AMOUNT IN DEMAND, with and in the hands of SARAH L. FERNICOLA, Paralegal Specialist, accepting service for THERESA C. LANTZ, COMMISSIONER OF CORRECTION, the within named Defendant in the said Town of Wethersfield, Connecticut.

    The within is the original WRIT, SUMMONS, COMPLAINT and STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed.

                                  ATTEST:

                                  _____
                                  THEODORE J. PLAMONDON, JR.
                                  State Marshal

FEES:
Pages:          $ 4.00
Endorsements:   $ 1.20
Service         $30.00
Travel:         $33.12
                 -------
TOTAL:          $68.32

# SUMMONS - CIVIL

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.state.ct.us

JD-CV-1 Rev. 1-2000
C.G.S. § 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259, P.B. Secs 3-1 thru 3-21, 8-1

### INSTRUCTIONS

1. Type or print legibly; sign original summons and conform all copies of the summons.
2. Prepare or photocopy conformed summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. The party recognized to pay costs must appear personally before the authority taking the recognizance.
6. Do not use this form for actions in which an attachment, garnishment or replevy is being sought. See Practice Book Section 8-1 for other exceptions.

**"X" ONE OF THE FOLLOWING:**
Amount, legal interest or property in demand, exclusive of interest and costs is:
- [ ] less than $2,500
- [ ] $2,500 through $14,999.99
- [ ] $15,000 or more

("X" if applicable)
- [X] Claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

RETURN DATE (Mo., day, yr.) (Must be a Tuesday) **11/04/03**

- [X] JUDICIAL DISTRICT
- [ ] HOUSING SESSION
- [ ] G.A. NO.

AT (Town in which writ is returnable) (C.G.S. 51-346, 51-349) **NEW LONDON**

CASE TYPE (See JD-CV-1c) Major **M** Minor **30**

ADDRESS OF COURT CLERK WHERE WRIT AND OTHER PAPERS SHALL BE FILED (No., street, town and zip code) (C.G.S. 51-346, 51-350)
**70 HUNTINGTON STREET, NEW LONDON, CT 06320**

TELEPHONE NO. (w/area code) **(860) 443-5363**

| PARTIES | NAME AND ADDRESS OF EACH PARTY (No., street, town and zip code) NOTE: Individuals' Names: Last, First, Middle Initial | [ ] Form JD-CV-2 attached | PTY NO. |
|---|---|---|---|
| FIRST NAMED PLAINTIFF | NIVER, ALICJA C/O CCI - YORK, 201 WEST MAIN STREET, NIANTIC, CONNECTICUT 06357 | | 01 |
| Additional Plaintiff | | | 02 |
| FIRST NAMED DEFENDANT | LANTZ, Theresa C. COMMISSIONER OF CORRECTION 24 WOLCOTT HILL ROAD, WETHERSFIELD, CT 06109 | | 50 |
| Additional Defendant | | FILED | 51 |
| Additional Defendant | | OCT 28 2003 | 52 |
| Additional Defendant | | SUPERIOR COURT - NEW LONDON JUDICIAL DISTRICT AT NEW LONDON | 53 |

## NOTICE TO EACH DEFENDANT

1. **YOU ARE BEING SUED.**
2. This paper is a Summons in a lawsuit.
3. The Complaint attached to these papers states the claims that each Plaintiff is making against you in this lawsuit.
4. To respond to this Summons, or to be informed of further proceedings, you or your attorney must file a form called an "Appearance" with the Clerk of the above-named Court at the above Court address on or before the second day after the above Return Date.
5. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default.
6. The "Appearance" form may be obtained at the above Court address.
7. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately take the Summons and Complaint to your insurance representative.
8. If you have questions about the Summons and Complaint, you should consult an attorney promptly. **The Clerk of Court is not permitted to give advice on legal questions.**

| DATE | SIGNED (Sign and "X" proper box) | [X] Comm. of Superior Court [ ] Assistant Clerk | TYPE IN NAME OF PERSON SIGNING AT LEFT |
|---|---|---|---|
| 9/25/2003 | | | DAVID J. WENC |

FOR THE PLAINTIFF(S) PLEASE ENTER THE APPEARANCE OF:

| NAME AND ADDRESS OF ATTORNEY, LAW FIRM OR PLAINTIFF IF PRO SE (No., street, town and zip code) | TELEPHONE NUMBER | JURIS NO. (If atty. or law firm) |
|---|---|---|
| DAVID J. WENC, 44 MAIN ST, PO BOX 306, WINDSOR LOCKS, CT 06096 | 860 623-1195 | 67314 |

NAME AND ADDRESS OF PERSON RECOGNIZED TO PROSECUTE IN THE AMOUNT OF $250 (No., street, town and zip code)
**HARRY N. SANDERSON JR 546 HALFWAY HOUSE RD, WINDSOR LOCKS, CT 06096**

SIGNATURE OF PLAINTIFF IF PRO SE

| # PLFS. | # DEFS. | # CNTS. | SIGNED (Official taking recognizance: "X" proper box) | [ ] Comm. of Superior Court [X] Assistant Clerk | For Court Use Only FILE DATE |
|---|---|---|---|---|---|
| 1 | 1 | 1 | | | |

**IF THIS SUMMONS IS SIGNED BY A CLERK:**
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service thereof.

| I hereby certify I have read and understand the above: | SIGNED (Pro Se Plaintiff) | DATE SIGNED | DOCKET NO. |
|---|---|---|---|
| | | | |

```
DATE    : Oct  2/2003
AMOUNT: $68.32
ACCOUNT: GENERAL - 3
PAID TO: Theodore J. Plamondon, Jr.
         109 South Road
         Enfield
         CT
         06082



Marshal / Sheriff Service Fee -Niver

CLIENT: NiverA - Alicja Niver
MATTER: NiverA-001
```

Sixty Eight ********************************************************** 32/100

                                                    Oct  2/2003    $68.32

Theodore J. Plamondon, Jr.
109 South Road
Enfield, CT 06082



Marshal / Sheriff Service Fee -Niver

```
DATE    : Oct  2/2003           ** GENERAL BALANCES **
CHE #   : 1466                  UNBILLED DISBS:              4.00
AMOUNT: $68.32                  A/R BALANCE   :           9482.48
ACCOUNT: GENERAL - 3
PAID TO: Theodore J. Plamondon, Jr.
Marshal / Sheriff Service Fee -Niver
CLIENT: NiverA - Alicja Niver
MATTER: NiverA-001              ** TRUST BALANCES **
LAWYER: David J. Wenc
201 W.Main Street

Niantic
CT
06357                           TRUST BALANCE :              0.00
Niver v. INS, 3:02CV1786 (AWT)
```